NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**FIBER OPTIC DESIGNS,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

and

**SEASONAL SPECIALITIES, LLC,**
*Appellee.*

———————————

2012-1058
(Reexamination No. 95/000,137)

———————————

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

———————————

**JUDGMENT**

———————————

MATTHEW W. STAVISH, Berenato & White, LLC, of Bethesda, Maryland, argued for appellant. With him on the brief was JOSEPH W. BERENATO, III.

Coke M. Stewart, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia. With her on the brief were RAYMOND T. CHEN, Solicitor, and NATHAN K. KELLEY, Associate Solicitor.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 14, 2012             /s/ Jan Horbaly
Date                              Jan Horbaly
                                    Clerk